UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM BEITER, | No. CV-05-5023-FVS |
| Plaintiff, | |
| v. | ORDER |
| CONAGRA, INC., et al., | |
| Defendants. | |

**THIS MATTER** having come before the Court based upon a motion for summary judgment brought by ConAgra Foods, Inc., and Lamb-Weston, Inc.; the plaintiff having indicated he is not going to resist the motion; Now, therefore

**IT IS HEREBY ORDERED:**

1. The motion for summary judgment brought by ConAgra Foods, Inc., and Lamb-Weston, Inc., (**Ct. Rec. 14**) is granted. The plaintiff's claims against these two defendants are dismissed with prejudice.

**2. The parties shall modify the caption of each pleading or paper filed hereafter to reflect that ConAgra Foods, Inc., and Lamb-Weston, Inc., no longer are parties to this action.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this  30th  day of August, 2005.

                    s/Fred Van Sickle
                    Fred Van Sickle
            United States District Judge

ORDER - 1