| | |
|---|---|
| 1  Jerry L. Kagele<br>   KAGELE LAW OFFICE | HONORABLE FRED VAN SICKLE |
| 2  3009 South Mount Vernon<br>   Spokane, WA 99223 | FILED IN THE<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF WASHINGTON |
| 3  (509) 624-0101<br>   Fax: (509) 624-0101 | APR 0 4 2006 |
| 4  Attorney for Plaintiff | |
| 5 | JAMES R. LARSEN, CLERK<br>_____ DEPUTY<br>SPOKANE, WASHINGTON |

FEDERAL DISTRICT COURT<br>EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| WILLIAM BEITER, | ) | NO. CV-05-5023-FVS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION, STIPULATION AND** |
| v. | ) ~~PROPOSED~~ | **ORDER FOR DISMISSAL** |
| | ) | |
| CONAGRA, INC., a Nebraska corporation, | ) | |
| d/b/a Lamb-Weston, Inc., a corporation | ) | Without Oral Argument |
| authorized to do business in Washington; | ) | |
| LAMB-WESTON, INC., a corporation doing | ) | |
| business in Washington, PRINCIPAL | ) | |
| FINANCIAL GROUP, believed to be an | ) | |
| Iowa corporation, PRINCIPAL LIFE | ) | |
| INSURANCE COMPANY, believed to be | ) | |
| an Iowa corporation. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

COME NOW the Plaintiff, William Beiter, by and through counsel, Kagele Law Office, by Jerry L. Kagele and, pursuant to Stipulation of the parties, moves the Court for dismissal of this action with prejudice.

This motion is based upon the fact that this matter has been resolved between the parties and should be dismissed.

**RECEIVED**
APR 0 4 2006
CLERK, US DISTRICT COURT
YAKIMA, WASHINGTON

1

USDC – EDWA CV 05-5023-FVS
MOTION, STIPULATION AND ORDER FOR DISMISSAL
207896.1

1     RESPECTFULLY, SUBMITTED, this 29th day of March 2006.

2

3                            /s/ Jerry L. Kagele
                         JERRY L. KAGELE
                         WSBA No. 4851
                         Attorney for William Beiter
                         Kagele Law Office
                         3009 South Mount Vernon
                         Spokane, WA 99223
                         (509) 624-0101
                         (509) 624-9120 Facsimile
                         kagele@aol.com

    THIS MATTER having come before the Court pursuant to the Plaintiffs' motion for dismissal with prejudice, pursuant to the Stipulations of the parties, and it appearing to the Court that this matter has been resolved and good cause exists for dismissal, it is therefore

    ORDERED ADJUDGED AND DECREED that this matter be and is dismissed with prejudice.

    DATED: April 10, 2006                       s/ Fred Van Sickle
                                                                   JUDGE

| PRESENTED BY: | SO STIPULATED; APPROVED AS TO FORM & NOTICE OF PRESENTMENT WAIVED: |
|---|---|
| /s/ Jerry L. Kagele <br> JERRY L. KAGELE | *[signature]* <br> MICHAEL K. BRISBIN |
| Attorney for William Beiter <br> Kagele Law Office | Attorney for Principal Life Insurance and Principal Financial Group <br> Wilson, Elser, Moskowitz, Edelman & Dicker LLP |
| 3009 South Mount Vernon <br> Spokane, WA 99223 <br> (509) 624-0101 <br> (509) 624-9120 Fax <br> kagele@aol.com | 525 Market Street, 17th Floor <br> San Francisco, CA 94105 <br> 415-433-0990 <br> 415-434-1370 |